# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Action No. 12-cr-00243-PAB-3

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. ARMANDO MENDOZA-HARO,
2. JESUS SEGOVIA,
**3. MIGUEL ANGEL SANCHEZ,**
4. SERGIO MENDOZA-VALDOVINOS.
5. DANIELA MUGUIA DE ORTIZ,
6. YULY HERNANDEZ-OROZCO
7. ERIKA ELENA HERNANDEZ-GALAVIZ,
8. ALEJANDRO MORALES-GARCIA,
9. RICARDO PANIAGUA-RODRIGUEZ,
10. CARLOS MARTIN SEGURA CHANG,
11. SONIA PEREZ,

    Defendants.

---

## UNOPPOSED MOTION TO WAIVE MR. MIGUEL ANGEL SANCHEZ'S PRESENCE AT HEARING SET FOR JULY 2, 2012, AT 2:00 P.M.

---

**Miguel Angel Sanchez**, by counsel, **Michael Christopher Scovill**, of **SOUTHERN CALIFORNIA LAWYERS GROUP, P.C**., pursuant to Fed.R.Crim.P. 43, requests the Court permit the defendant to waive his appearance at the hearing on the government's Motion to Designate Case as Complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) set for July 2, 2012, at 2:00 p.m., and as grounds therefore states:

    1. By minute order filed June 27, 2012 [ECF No. 97], the Court scheduled a hearing on the government's Motion to Designate Case as Complex Pursuant to 18

U.S.C. § 3161(h)(7)(B)(ii) set for July 2, 2012, at 2:00 p.m.

2. Miguel Angel Sanchez was granted bond on May 31, 2012 and released from custody on June 12, 2012 pursuant to an order entered by the Magistrate Judge PATRICK. J. WALSH of the U.S. District Court for the Central District of California during Rule 5 proceedings held in that jurisdiction in Case No. 2:12-mj-01286-DUTY. Mr. Sanchez's bond was continued and transferred to this Court upon his initial appearance on June 21, 2012 within this district in the presence of Magistrate Judge Boyd N. Boland [ECF No. 81].

3. Mr. Miguel Angel Sanchez requests the court allow him to voluntarily waive his appearance at the hearing set for July 2, 2012 regarding the *Motion to Designate Case as Complex*, the defendant having been advised and knowing due to the procedural nature of the motion and hearing his interest can be adequately and sufficiently represented by the presence of counsel on his behalf.

4. On June 28th at approximately 2:00 P.M. the undersigned counsel has contacted Assistant United States Attorney Kasandra Carelton concerning this motion, and the government has no objection to the motion.

5. A defendant is required to be present at certain specified proceedings in a criminal case. *See* Fed.R.Crim.P. 43(a) (1) – (3).  A defendant is not required to be present where the proceeding involves only a conference or hearing on a question of law.

Fed.R.Crim.P. 43(b)(3).

6. The issue presented in the government's motion for designation of this Case as complex is primarily a question of law. Mr. Sanchez has not filed an opposition to the government's motion and even if he had chosen to do so his presence is not required under Rule 43 as the hearing on the motion will be decided largely as a question of law.

7. For these reasons, Mr. Miguel Angel Sanchez asks to be excused from personally appearing at the hearing on the government's *Motion to Designate Case as Complex* pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) set for July 2, 2012, at 2:00 p.m. based on his knowing and voluntary waiver of appearance.

Dated:  June 28, 2012

                                      **SOUTHERN CALIFORNIA LAWYERS GROUP, PC.**

                                              s/ Michael C. Scovill
                                              Michael Christopher Scovill
                                              9559 Center Ave, Suite G
                                              Rancho Cucamonga, CA 91730
                                              Telephone: (310) 427-0842
                                              Facsimile: (909) 839-5004
                                              Email: Scovill.law@gmail.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 28, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO WAIVE MR. MIGUEL ANGEL SANCHEZ'S PRESENCE AT HEARING SET FOR JULY 2, 2012, AT 2:00 P.M.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Zachary Phillips, AUSA
Zachary.Phillips@usdoj.gov

Kasandra Carleton, AUSA
Kasandra.Carleton@usdoj.gov

Thomas E. Goodreid
**t.goodreid@comcast.net**
Attorney for Armando Mendoza-Haro (1)

Harvey Abe Steinberg
**law@springersteinberg.com**
Attorney for Jesus Segovia (2)

Michael Christopher Scovill
**Scovill.law@gmail.com**
Attorney for Miguel Angel Sanchez (3)

Siddhartha Harda Rathod
**sr@rmlawyers.com**
Attorney for Sergio Mendoza-Valdovinos (4)

Andres Rene Guevara
**Andres@guevaracoloradolaw.com**
Attorney for Daniela Mungia De Ortiz (5)

La Fonda R. Traore
**LaFonda_Traore@fd.org**
Attorney for Yuly Hernandez-Orozco (6)

Renee Cooper
**Nacoop4u@msn.com**
Attorney for Carlos Martin Segura Chang (10)

Kenneth A. Padilla
**Padillaesq@aol.com**

Attorney for Sonia Perez (11)

    And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

**Miguel Angel Sanchez** (via U.S. Mail)

**SOUTHERN CALIFORNIA LAWYERS GROUP, PC.**
s/ Michael C. Scovill
Michael C. Scovill
9559 Center Ave, Suite G
Rancho Cucamonga, CA 91730
Telephone: (310) 427-0842
Facsimile: (909) 839-5004
Email: Scovill.law@gmail.com