**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks          Date: November 4, 2013
Court Reporter: Janet Coppock                  Time: 27 minutes
Probation Officer: Michelle Means              Interpreter: n/a

**CASE NO.  12-CR-00245-PAB-3**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Kasandra Carleton
                                               Zachary Phillips

       Plaintiff,

vs.

**3.  MIGUEL ANGEL SANCHEZ,**                  Peter Menges

       Defendant.

**SENTENCING**

**10:03 a.m    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00243-PAB-3
November 4, 2013

Argument by Ms. Carleton in support of the Government's Motion for Downward Departure Pursuant to 5K1.1.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 562] is **GRANTED**.

Argument by Mr. Menges in support of the defendant's Motion For Non-Guideline Sentence and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Further comments by Mr. Menges.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion For Non-Guideline Sentence [Docket No. 617] is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 31, 2013** to count **One of the Information.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **72** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FCI Lompoc, CA or a facility in southern California**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

Page Three
12-CR-00243-PAB-3
November 4, 2013

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) All employment must be approved in advance by the Probation Officer. The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the Probation Officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon 21 days from designation by the Bureau of Prisons.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 563] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts will be **GRANTED** upon the filing of the appropriate motion and proposed order.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

Page Four
12-CR-00243-PAB-3
November 4, 2013

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**:  Bond is continued.

**11:30 a.m.    COURT IN RECESS**

**Total in court time:    27 minutes**

**Hearing concluded**