IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-3

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3.   MIGUEL ANGEL SANCHEZ,

     Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Final Order

of Forfeiture [Docket No. 631] for the following property:

     $270,450.00 in United States currency

The Court having read the motion and being fully advised in the premises finds

that:

The United States commenced this action pursuant to 18 U.S.C. § 853 as set

forth in the Indictment returned on May 23, 2012;

A Preliminary Order of Forfeiture was entered on March 13, 2013 [Docket No.

384];

All known interested parties were provided an opportunity to respond and

publication has been effected as required by 21 U.S.C. § 853(n);

The time for any other third party to file a petition expired on June 10, 2013;

No claim or petitions for an ancillary hearing have been filed in this matter by any party; and

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED that:

1.     The United States' Motion for Final Order of Forfeiture [Docket No. 631] is granted.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 853, free from the claims of any other party:

$270,450.00 in United States currency

3.     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED December 2, 2013.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge