IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  MIGUEL ANGEL SANCHEZ,

    Defendant.

## ORDER

This matter comes before the Court on defendant Miguel Angel Sanchez's Motion to Terminate Defendant's Supervised Release Term [Docket No. 690]. The defendant was sentenced to a term of imprisonment of 78 months, followed by a term of supervised release of five years on November 4, 2013 for Distribution and Possession with Intent to Distribute 50 Grams or More of Methamphetamine (Actual), a Schedule II Controlled Substance, or 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). Docket No. 622. On July 16, 2015, defendant's term of imprisonment was reduced to 58 months. Docket No. 673. Defendant has been on probation for approximately 32 months and is eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1). Neither the United States nor the Probation Department opposes defendant's motion. Docket Nos. 692 and 693.

The defendant has maintained a stable residence and employment and has maintained compliance with his conditions of supervision.  Docket No. 692 at 1.

The Court finds that, pursuant to 18 U.S.C. § 3583(e)(1), early termination of supervised release is warranted by the conduct of the defendant and is in the interest of justice.  Wherefore, it is

**ORDERED** that the defendant Miguel Angel Sanchez's Motion to Terminate Defendant's Supervised Release Term [Docket No. 690] is granted.  It is further

**ORDERED** that Defendant Miguel Angel Sanchez's term of supervised release is terminated and the proceedings in this case are closed.

DATED April 2, 2020.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge